**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

1    Valuation of Security    0    Assumption of Executory Contract or Unexpired Lease    1    Lien Avoidance

**Last revised: August 1, 2020**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:      Case No.:    21-10190

Barbara L. Harvey     Judge:    JNP

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original    ☒ Modified/Notice Required    Date: 08/16/2021

☒ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☒ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☒ DOES ☐ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: ___REN___    Initial Debtor: ___BLH___    Initial Co-Debtor: _____

## Part 1: Payment and Length of Plan

a. The debtor shall pay $ __304.00__ per __month__ to the Chapter 13 Trustee, starting on __September 01, 2021__ for approximately __52 out of 60__ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

- ☒ Future earnings

- ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

- ☐ Sale of real property
  Description:
  Proposed date for completion: _____

- ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____

- ☒ Loan modification with respect to mortgage encumbering property:
  Description: 150 Ryans run, Sicklerville, NJ 08081-7006 (SECOND MORTGAGE)
  Proposed date for completion: __6 months_____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☒ Other information that may be important relating to the payment and length of plan:

Trustee reserves the right to revisit Plan payment and require amendments to schedules I and J after the completion of payments for the Debtor's 2011 Jaguar, due to be completed in 2022.

**Part 2: Adequate Protection** ☒ NONE

    a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3: Priority Claims (Including Administrative Expenses)**

    a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
| --- | --- | --- |
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 4,450.00 |
| DOMESTIC SUPPORT OBLIGATION | | NONE |
| INTERNAL REVENUE SERVICE | PRIORITY FEDERAL TAXES | BALANCE DUE: $7,715.37 |
| NJ STATE DIVISION OF TAXATION | PRIORITY STATE TAXES | BALANCE DUE: $685.17 |

    b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
| --- | --- | --- | --- |
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments on Principal Residence: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| | | | | | |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| | | | | | |

### c. Secured claims excluded from 11 U.S.C. 506: ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| | | | | |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☐ **NONE**

    1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| Wells Fargo Bank, NA | Furniture from Bob's Discount Furniture | $6,602.57 | $2,670.03 | | $2,670.03 | 0.0% | $2,670.03 (per proof of claim) |

    2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☒ **NONE**

    Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

  The following secured claims are unaffected by the Plan:

Home Point Financial Corp. - mortgage on property 150 Ryans Run, Cedarbrook, NJ 08081
Home Point Financial Corp. - 2nd mortgage/ Loan Modification on property 150 Ryans Run, Cedarbrook, NJ 08081
Westlake Portfolio Management LLC 2011 Jaguar Loan pay outside plan.

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5:  Unsecured Claims ☐ NONE

 **a. Not separately classified** allowed non-priority unsecured claims shall be paid:

  ☐ Not less than $ _____ to be distributed *pro rata*

  ☐ Not less than _____ percent

  ☒ *Pro Rata* distribution from any remaining funds

 **b. Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:   Executory Contracts and Unexpired Leases   ☒ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:   Motions   ☐ NONE**

**NOTE:  All plans containing motions must be served on all affected lienholders, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1.  A *Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

**a. Motion to Avoid Liens Under 11. U.S.C. Section 522(f).   ☐ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| Mariner Finance LLC DC-003943-20 VJ-5782-20 | real and personal property | Judgment | $6,633.37 | $308,967.00 | $98,664.00 | $211,535.00 | $6,633.37 |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☒ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☐ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| Wells Fargo Bank NA | furniture from Bob's Discount Furniture | $6,602.57 | $2,670.03 | $2,670.03 (per proof of claim) | $3,932.54 |

## Part 8: Other Plan Provisions

### a. Vesting of Property of the Estate

☒ Upon confirmation

☐ Upon discharge

### b. Payment Notices

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

### c. Order of Distribution

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Ronald E. Norman, Esquire
3) Secured, Priority
4) Wells Fargo Bank NA, and Unsecured

### d. Post-Petition Claims

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification ☐ NONE

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: 01/11/2021 .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| To add Wells Bank NA partially secured claim for furniture from Bob's Discount Furniture to be paid within the Plan, and to list in Part 1, the debtor's intention to enter into a loan modification on her second mortgage. | to add Wells Bank NA partially secured claim for furniture from Bob's Discount Furniture to be paid within the Plan, and to list in Part 1, the debtor's intention to enter into a loan modification on her second mortgage. |

Are Schedules I and J being filed simultaneously with this Modified Plan? ☐ Yes ☒ No

### Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

### Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 08/16/2021            /s/ Barbara L. Harvey  
                                                    Debtor

Date: _____        _____  
                                                    Joint Debtor

Date: 08/16/2021            /s/ Ronald E. Norman  
                                                    Attorney for Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:  
Barbara L. Harvey  
    Debtor

Case No. 21-10190-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3  
Date Rcvd: Aug 31, 2021     Form ID: pdf901     Total Noticed: 46

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Barbara L. Harvey, 150 Ryans Run, Sicklerville, NJ 08081-3714 |
| cr | + | Home Point Financial Corporation, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 519070367 | | Geico, 1 Geico Plz, Bethesda, MD 20811-0001 |
| 519070370 | | I.C. System, Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 519070371 | | IGS Solar, 6100 Emerald Pkwy, Dublin, OH 43016-3248 |
| 519070373 | | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 519070374 | | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 519070378 | + | Pseg-Nj, 80 Park Plz, Newark, NJ 07102-4194 |
| 519070379 | | Resurgerecve, Greenville, SC 29601 |
| 519070380 | | Rubin & Rothman, LLC, 1787 Veterans Hwy Ste 32P, Islandia, NY 11749-1500 |
| 519070375 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, Trenton, NJ 08695-0267 |
| 519070381 | | Segaium, 1130 Northchase Pkwy SE Ste 150, Marietta, GA 30067-6429 |
| 519070385 | | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus # MAC X2303-01A, Des Moines, IA 50328-0001 |
| 519108086 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519070386 | | Westlake Portfolio Management, LLC, Attn: Bankruptcy, PO Box 76809, Los Angeles, CA 90076-0809 |
| 519070387 | | Westlake Portfolio Mgm, 4751 Wilshire Blvd, Los Angeles, CA 90010-3827 |
| 519070388 | | Wf/Bobs Fn, PO Box 14517, Des Moines, IA 50306-3517 |
| 519070389 | | Williaam Edward Brewer, Esquire, PO Box 1001, Marmora, NJ 08223-5001 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 31 2021 20:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 31 2021 20:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519070360 | + | Email/Text: g20956@att.com | Aug 31 2021 20:21:00 | A T & T, 208 S Akard St, Dallas, TX 75202-4295 |
| 519070361 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 31 2021 20:24:53 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519070362 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 31 2021 20:24:44 | Capital One Bank USA N, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519070363 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 31 2021 20:24:56 | Citibank/the Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519070364 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 31 2021 20:24:45 | Credit One Bank N A, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 519070365 | | Email/Text: G06041@att.com | Aug 31 2021 20:21:00 | direct TV, 2230 E Imperial Hwy, El Segundo, CA 90245-3504 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 519080166 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 31 2021 20:24:50 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519070366 | | Email/Text: linda.c@enagic.com | Aug 31 2021 20:21:00 | Enagic, 4115 Spencer St, Torrance, CA 90503-2419 |
| 519134195 | | Email/Text: bankruptcy@homepointfinancial.com | Aug 31 2021 20:21:00 | HOME POINT FINANCIAL CORPORATION, 11511 Luna Rd Suite 300 Suite 300, Farmers Branch, TX 75234 |
| 519070368 | | Email/Text: bankruptcy@homepointfinancial.com | Aug 31 2021 20:21:00 | Home Point Financial C, 4849 Greenville Ave, Dallas, TX 75206-4130 |
| 519070369 | | Email/Text: bankruptcy@homepointfinancial.com | Aug 31 2021 20:21:00 | Home Point Fncl Corp, Attn: Bankruptcy, 11511 Luna Rd Ste 200, Farmers Branch, TX 75234-6022 |
| 519070372 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 31 2021 20:21:00 | Internal Reveune Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519099640 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 31 2021 20:21:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519074183 | | Email/PDF: cbp@onemainfinancial.com | Aug 31 2021 20:24:44 | ONEMAIN, PO BOX 3251, Evansville IN 47731-3251 |
| 519070376 | | Email/PDF: cbp@onemainfinancial.com | Aug 31 2021 20:24:44 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 519070377 | | Email/PDF: cbp@onemainfinancial.com | Aug 31 2021 20:24:44 | Onemain Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 519134131 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 31 2021 20:24:55 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519134132 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 31 2021 20:24:49 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519130850 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 31 2021 20:24:55 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519085551 | | Email/Text: bnc-quantum@quantum3group.com | Aug 31 2021 20:21:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519078711 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 31 2021 20:24:45 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519143589 | + | Email/Text: peritus@ebn.phinsolutions.com | Aug 31 2021 20:21:00 | Steward Finance-C/O Peritus Portfolio Services, P.O. Box 141419, Irving TX 75014-1419 |
| 519070382 | | Email/Text: jchrist@stewardfs.com | Aug 31 2021 20:21:00 | Steward Financial Services, PO Box 39, Maple Shade, NJ 08052-0039 |
| 519071557 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 31 2021 20:24:48 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519070383 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 31 2021 20:24:45 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519070384 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 31 2021 20:21:00 | Verizon, 140 West St, New York, NY 10007-2123 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 519144337 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2021        Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Harold N. Kaplan | on behalf of Creditor Home Point Financial Corporation hkaplan@rasnj.com  informationathnk@aol.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Ronald E. Norman | on behalf of Debtor Barbara L. Harvey rnorman@rnormanlaw.com ekonecsny@rnormanlaw.com;dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com |
| Sindi Mncina | on behalf of Creditor Home Point Financial Corporation smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5